# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 15MJ0550-RBB |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |
| JEANETTE CLEO DOUGLAS (2), | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Complaint in the above-entitled case as to Defendant Jeanette Cleo Douglas be dismissed without prejudice.

IT IS SO ORDERED.

DATED: March 16, 2015.

HONORABLE RUBEN B. BROOKS
United States Magistrate Judge